UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**THE ESTATE OF JEFFERY NOTTESTAD,**
by its Special Administrator Arianne Clark,

          **Plaintiff,**

                              Case No. 21-cv-0535

v.

**ADVANCED CORRECTIONAL HEALTHCARE, INC.,** *et al.,*

          **Defendants.**

---

### STIPULATION TO AMEND THE COMPLAINT

---

The parties, through their respective counsel, hereby stipulate to amend the plaintiff's Complaint (ECF No. 1) under Fed. R. Civ. P. 15(a)(2) and 15(c)(1)(C), striking any and all references to, and dismissing with prejudice and without any further costs to the stipulating parties, claims that have been asserted or may have been asserted against defendant Advanced Correctional Healthcare, Inc.

Dated this 29th day of September, 2022

                                        **GINGRAS, THOMSEN & WACHS LLP**

                        By:    */s/ Paul A. Kinne*
                                Paul A. Kinne, SBN 1021493
                                Dana J. Wachs SBN 1009908
                                Attorneys for Plaintiff
                                1850 Excelsior Drive
                                Madison, WI 53717
                                Telephone: (608) 833-2632
                                Fax: (608) 833-2874
                                Email: kinne@gtwlawyers.com
                                                  wachs@gtwlawyers.com

2

Dated this 29th day of September, 2022

                                        **LEIB KNOTT GAYNOR LLC**

                    By:  */s/ Douglas S. Knott*
                           Douglas S. Knott, SBN 1001600
                           Andrew C. Goldner SBN 1105150
                           Attorneys for ACH Defendants
                           219 North Milwaukee Street, Suite 710
                           Milwaukee, WI 53202
                           Telephone: (414) 276-2102
                           Fax: (414) 276-2140
                           Email: dknott@lkglaw.net
                                        agoldner@lkglaw.net