UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF JEFFERY NOTTESTAD, by its
Special Administrator Arianne Clark

        Plaintiff,        CASE NO. 21-CV-535

v.

LA CROSSE COUNTY,

        Defendant.

---

### STIPULATION TO WAIVE APPELLATE RIGHT AND STATUTORY COSTS

---

The parties to this lawsuit, by their respective attorneys, hereby stipulate and agree to the following:

1. By Order for Judgment dated December 12, 2022, the United States District Court for the Western District of Wisconsin granted Defendant's Motion for Summary Judgment and dismissed this lawsuit in its entirety, upon its merits and with prejudice.

2. To avoid further litigation, Plaintiff waives his right to appeal the District Court's decision granting Defendant's Motion for Summary Judgment, and Defendant waives their right to all statutory costs, fees and disbursements they may be entitled to.

3. The parties agree that this case may be dismissed with prejudice and without costs, fees or disbursements.

Dated this 20th day of December, 2022.

        **GINGRAS, THOMSEN & WACHS, LLP**

        Attorneys for Plaintiff, The Estate of Jeffery Nottestad

        BY: /s/Electronically Signed by:  Paul A. Kinne
            Paul A. Kinne
            State Bar No.: 1021493

            8150 Excelsior Drive
            Madison, WI 53717
            Tel: (608)833-2632
            Fax: (608)833-2874
            Kinne@gtwlawyers.com

Dated this 20th day of December, 2022.

        **MUNICIPAL LAW & LITIGATION GROUP, S.C.**

        Attorneys for Defendant, La Crosse County

        BY: /s/ Electronically Signed By: Remzy D. Bitar
            REMZY D. BITAR
            State Bar No: 1038340
            LUCAS C. LOGIC
            State Bar No.  1115461

            730 N. Grand Avenue
            Waukesha, WI 53186
            O: (262) 548-1340
            F:  (262) 548-9211
            E: rbitar@ammr.net
               llogic@ammr.net